UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLES SLAUGHTER, a/k/a UMAR M. ALI-KHAN, | Civil Action No. 13-2383 (MAS) |
| Petitioner, | |
| v. | MEMORANDUM OPINION AND ORDER |
| ANGEL SANTIAGO, et al., | |
| Respondents. | |

THIS MATTER having come before the Court by letter request on behalf of Respondents for an extension of time to answer the petition in this matter, (ECF No. 24); and it appearing that:

1. On April 18, 2013, Petitioner, Charles Slaughter, also known as Umar M. Ali-Khan, filed a petition *pro se* seeking habeas relief under 28 U.S.C. § 2254. (ECF No. 1.)

2. On October 24, 2013, this Court issued an Order directing Respondents to answer the petition. (ECF No. 12.)

3. On May 21, 2014, a summons was issued by the Clerk of the Court for service of the petition and the October 24, 2013 Order directing Respondents to file an answer to the petition. (ECF No. 20.)

4. On June 16, 2014, counsel for Respondents requested an additional three months, until September 20, 2014, to answer the petition and provide the state court record. (ECF No. 24.)

5. As this matter has been pending since the date of filing, April 18, 2013, and more than one year ago, the Court is not inclined to allow an unduly extended time to respond. However, the Court will extend the time to answer for one month, until July 31, 2014.

THEREFORE, for the reasons set forth above,

It is on this 30th day of June, 2014,

ORDERED that the time for Respondents to answer the petition in this matter, and provide the relevant state court record, is hereby **extended to July 31, 2014**; and it is further

ORDERED that the Clerk shall serve this Order upon Respondents electronic filing, and upon Petitioner by regular mail.

_____
MICHAEL A. SHIPP
United States District Judge